## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL PALL, MARY PALL, and ) <br> EMILY PALL, a minor, by her parents ) <br> and next friends Michael Pall and Mary Pall,) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE VILLAGE OF INDIAN HEAD PARK,) <br> an Illinois Municipal Corporation, ) <br> ) <br>     Defendant. ) | Case No. 08 CV 3778 <br><br> Judge David H. Coar <br><br> Jury Trial Demanded |

### NOTICE OF MOTION

TO:    Village of Indian Head Park    Mr. Richard J. Ramello, Esq.
          201 Acacia Drive                         RAMELLO, STORINO & DURKIN
          Indian Head Park, Illinois 60525      9501 W. Devon Avenue
          Via Personal Service                Rosemont, Illinois 60018
                                                        Via Fed Ex

YOU ARE HEREBY NOTIFIED, that on Wednesday July 16th, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge David H.Coar, or such other judge who may be sitting in his place or stead in Courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present MOTION FOR PRELIMINARY INJUNCTION, a copy of which is attached hereto.

                                                              Respectfully Submitted,
                                                              Michael Pall, Mary Pall, and Emily Pall,

                                                              By:/s/ James C. Whiteside_____
                                                                   One of their Attorneys

### CERTIFICATE OF SERVICE

I, James C. Whiteside, an attorney of record in this case, hereby certify that I caused a copy of this NOTICE and the attached MOTION FOR PRELIMINARY INJUNCTION in this matter, to be served upon the above-named persons at the above-listed addresses in the manner described above on July 2, 2008.

                                                               /s/   James C. Whiteside

James C. Whiteside (6292079)
Senior Law Students
The John Marshall Law School
Fair Housing Legal Clinic
28 E. Jackson Blvd. Suite 500
Chicago, Illinois 60604
(312) 786-2267