AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 7-3-2008 |
| NAME OF SERVER (PRINT) Lillian Seymore | TITLE Coordinator/Server/Notary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Village of Indian Head Park Police Department - 201 Acacia, Indian Head Park, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: James Clendening

☐ Returned unexecuted: _____

☐ Other (specify): James Clendening, Youth Officer of the Indian Head Park Police Department, stated that he was an authorized person to receive service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/08
Date

Signature of Server

Address of Server: 28 E. Jackson Blvd, Chicago, Illinois

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.