AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 9, 2008 |
| NAME OF SERVER (PRINT) Lillian Seymore | TITLE Coordinator/Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Delivered to Mayor Richard Andrews + Joseph Consolo Village Clerk a copy of summons and complaint by leaving with David A. Brink

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): David A. Brink stated he was an authorized person to receive documents on behalf of Village Clerk and Mayor. David A. Brink produced an official card to his [stakes] that he was authorized person to receive on behalf of the Mayor's Office

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/9/08
Date

Signature of Server: Lillian Seymore

Address of Server: 28 E. Jackson Blvd, Chicago, Illinois

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.