**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MICHAEL PALL, et al., Plaintiffs,<br><br>vs.<br><br>THE VILLAGE OF INDIAN HEAD PARK, Defendant. | Case Number: 08 CV 3778 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, the Village of Indian Head Park

| |
|---|
| NAME (Type or print)<br>Michael K. Durkin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>Storino, Ramello & Durkin |
| STREET ADDRESS<br>9501 West Devon Avenue, Suite 800 |
| CITY/STATE/ZIP<br>Rosemont, Illinois  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3121686 | TELEPHONE NUMBER<br>847.318.9500 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL