50786 - RET

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL PALL, MARY PALL and EMILY PALL, a minor, by her parents and Next friends, Michael Pall and Mary Pall, ) ) ) ) | |
| Plaintiffs, ) | Case No.   08 CV 3778 |
| ) | |
| vs. ) | JUDGE DAVID H. COAR |
| ) | |
| THE VILLAGE OF INDIAN HEAD PARK ) an Illinois Municipal Corporation, ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES,** *INSTANTER*

NOW COMES the Defendant, VILLAGE OF INDIAN HEAD PARK, an Illinois Municipal Corporation, by and through its attorneys, QUERREY & HARROW, LTD., and hereby moves this Court for an Order granting it leave to file additional appearances, *instanter*. In support thereof, Defendant states as follows:

1. On or about July 2, 2008, the Plaintiffs filed this action in the United States District Court of the Northern District of Illinois based upon claims under the Federal Fair Housing Act of 1986, as amended. (42 U.S.C. §§3601, *et seq.*).

2. On or about July 11, 2008, Attorneys Richard Romello, Michael K. Durkin and Angelo F. DelMarto of Storino, Romello & Durkin filed their appearances on behalf of the Village of Indian Head Park, an Illinois Municipal Corporation.

3. The firm of Querrey & Harrow, Ltd. has recently received assignment of the defense of Defendant Village of Indian Head Park in this matter.

4. Defendant Village of Indian Head Park respectfully requests leave for QUERREY & HARROW, LTD. to file additional appearances in this matter on its behalf.

5. Allowance of this Motion will not prejudice any party to this matter.

WHEREFORE, Defendant Village of Indian Head Park respectfully requests that this Court enter an Order granting its Motion for Leave to File Additional Appearances, *instanter*.

                                                Respectfully submitted,

                                                /s/ Stacey McGlynn Atkins
                                                Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
312-540-7000
Attorneys for Defendant Village of Indian Head Park