50786 - RET

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL PALL, MARY PALL and EMILY PALL, a minor, by her parents and Next friends, Michael Pall and Mary Pall, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.    08 CV 3778 |
| vs. | ) ) | JUDGE DAVID H. COAR |
| THE VILLAGE OF INDIAN HEAD PARK an Illinois Municipal Corporation, | ) ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. | ) | |

## NOTICE OF MOTION

On **Monday, July 21, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge David H. Coar, Room 1419,** or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES, *INSTANTER*"**

**Respectfully Submitted**

BY: /s/ Stacey McGlynn Atkins
         Stacey McGlynn Atkins

Paul A. Rettberg, Esq.
Stacey McGlynn Atkins, Esq.
Jason S. Callicoat, Esq.
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that on July 15, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>James C. Whiteside
>Senior Law Students
>The John Marshall Law School
>Fair Housing Legal Clinic
>28 East Jackson Blvd.
>Suite 500
>Chicago, Illinois 60604
>
>Richard Romello
>Storino, Romello & Durkin
>9501 West Devon Avenue
>Suite 800
>Rosemont, Illinois 60018

                                          By: /s/ Stacey McGlynn Atkins