UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| MICHAEL PALL, MARY PALL and ) <br> EMILY PALL, a minor, by her parents and ) <br> Next friends, Michael Pall and Mary Pall, ) <br>   ) <br>   Plaintiffs,   ) <br>   ) <br>   vs.   ) <br>   ) <br> THE VILLAGE OF INDIAN HEAD PARK ) <br> an Illinois Municipal Corporation,   ) <br>   ) <br>   Defendant.   ) | Case No.    08 CV 3778 <br><br> JUDGE DAVID H. COAR <br><br> MAGISTRATE JUDGE ASHMAN |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant Village of Indian Head Park**

| NAME | **Stacey McGlynn Atkins** |
|---|---|
| SIGNATURE | **s/ Stacey McGlynn Atkins** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279188 | TELEPHONE NUMBER <br> (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO    **X** ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO    **X** ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO    **X** ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES    NO   **X** ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                        APPOINTED COUNSEL ||

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 15th day of July, 2008, the foregoing **Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

>James C. Whiteside
>Senior Law Students
>The John Marshall Law School
>Fair Housing Legal Clinic
>28 East Jackson Blvd.
>Suite 500
>Chicago, Illinois 60604
>
>Richard Romello
>Storino, Romello & Durkin
>9501 West Devon Avenue
>Suite 800
>Rosemont, Illinois 60018

  /s/ Stacey McGlynn Atkins__
Stacey McGlynn Atkins

Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: satkins@querrey.com