# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| MICHAEL PALL, MARY PALL and EMILY PALL, a minor, by her parents and Next friends, Michael Pall and Mary Pall, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No.   08 CV 3778 |
| vs. ) ) | JUDGE DAVID H. COAR |
| THE VILLAGE OF INDIAN HEAD PARK ) an Illinois Municipal Corporation, ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. ) | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant Village of Indian Head Park**

| NAME | Jason S. Callicoat |
|---|---|
| SIGNATURE | s/ Jason S. Callicoat |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES | NO   X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES | NO   X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES | NO   X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES | NO   X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 15th day of July, 2008, the foregoing **Appearance** was served, pursuant Federal Rule of Civil Procedure 5(a) and L.R. 5.5 upon:

> James C. Whiteside
> Senior Law Students
> The John Marshall Law School
> Fair Housing Legal Clinic
> 28 East Jackson Blvd.
> Suite 500
> Chicago, Illinois 60604
>
> Richard Romello
> Storino, Romello & Durkin
> 9501 West Devon Avenue
> Suite 800
> Rosemont, Illinois 60018

/s/ Jason S. Callicoat
Jason S. Callicoat

Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: jcallicoat@querrey.com
Document #: 1343099