**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL PALL, MARY PALL, and ) <br> EMILY PALL, a minor, by her parents ) <br> and next friends Michael Pall and Mary Pall, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE VILLAGE OF INDIAN HEAD PARK, ) <br> an Illinois Municipal Corporation, ) <br> ) <br> Defendant. ) | Case No. 08 CV 3778 <br><br> Judge David H. Coar <br><br> Jury Trial Demanded |

**NOTICE OF FILING**

TO:   Mr. Richard J. Ramello, Esq.          Mr. Paul A. Rettberg, Esq.
      RAMELLO, STORINO & DURKIN          Querrey & Harrow, Ltd.
      9501 W. Devon Avenue                175 W. Jackson Blvd., Suite 60604
      Rosemont, Illinois 60018            Chicago, Illinois 60604
      Via CM/ECF                          Via CM/ECF

YOU ARE HEREBY NOTIFIED that on Wednesday July 16th, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois an AMENDED MOTION FOR PRELIMINARY INJUNCTION in the above-captioned matter, a copy of which is attached hereto.

Respectfully Submitted,
Michael Pall, Mary Pall, and Emily Pall,

By: /s/ James C. Whiteside
     One of their Attorneys

**CERTIFICATE OF SERVICE**

I, James C. Whiteside, an attorney of record in this case, hereby certify that I caused a copy of this NOTICE and an AMENDED MOTION FOR PRELIMINARY INJUNCTION in this matter, to be served upon the above-named persons at the above-listed addresses in the manner described above on July 16, 2008.

/s/   James C. Whiteside

James C. Whiteside (6292079)
Senior Law Students
The John Marshall Law School
Fair Housing Legal Clinic
28 E. Jackson Blvd. Suite 500
Chicago, Illinois 60604
(312) 786-2267