# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3778 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Pall, et al vs. Village of Indian Head Park | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/16/2008 regarding # 6 & 8. Motion [8] For leave to file amended Motion for Preliminary Injunction is granted. The Parties shall submit a memorandum in support and in opposition to the Motion by 8/20/2008. Parties to revert to Rule 26a and Disclosure of experts shall be made within 14 days. Discovery is open and shall close on 9/16/2008. All discovery disputes and motions are referred to the Magistrate Judge. Parties shall exchange and file witness and exhibit lists by 9/5/2008. The Final Hearing and Preliminary hearing on the Amended Motion for Preliminary Injunction is set for September 22, 2008 at 10:00 a.m.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|