UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Pall, et al.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−03778
                                                  Honorable David H. Coar

Village of Indian Head Park, The
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: all discovery motion and all discovery disputes.(pm, )Mailed notice.

Dated: July 16, 2008

                                                                                  /s/ David H. Coar

                                                                      United States District Judge