UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Pall, et al.
                              Plaintiff,
v.                                                    Case No.: 1:08−cv−03778
                                                      Honorable David H. Coar
Village of Indian Head Park, The
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

   MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/21/2008 regarding motion for leave to appear [15].Motion by Defendant Village of Indian Head Park for leave to appear as additional counsel [15] is granted;. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.