IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PALL, MARY PALL, and<br>EMILY PALL, a minor by her parents<br>and next friends, Michael Pall and Mary Pall,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE VILLAGE OF INDIAN HEAD PARK,<br>a Municipal Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)    Case No. 08 CV 3778<br>)<br>)    Judge David H. Coar<br>)<br>)    Magistrate Judge<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:   All Counsel of Record

    PLEASE TAKE NOTICE that on Friday, August 01, 2008, I filed **Defendant's Answer and Affirmative Defense to Plaintiffs' Complaint**, with the Clerk of the United States District Court for the Northern District, Eastern Division, a copy of which is attached hereto and herewith served upon you.

                                              ___s/   Angelo Del Marto_____
                                                    Angelo Del Marto

Richard J. Ramello (Attorney No. 3124818)
Michael K. Durkin (Attorney No. 3121686)
Angelo Del Marto (Attorney No. 6191333)
Storino, Ramello & Durkin
Attorneys for Defendant Indian Head Park
9501 W. Devon Avenue
Suite 800
Rosemont, Illinois  60018
Telephone:  847-318-9500
Fax:  847-318-9509

129578-1

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 01, 2008, I electronically filed **Defendant's Answer and Affirmative Defense to Plaintiff's Complaint**, along with this **Notice of Filing,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

James C. Whiteside, Senior Law Students, The John Marshall Law School, Fair Housing Legal Clinic, 28 East Jackson Boulevard, Suite 500, Chicago Illinois 60604; 6whiteside@jmls.com

Paul A. Rettberg, QUERREY & HARROW, LTD., 175 West Jackson Boulevard, Suite 1600, Chicago, Illinois 60604-2827; prettberg@querrey.com

Stacey McGlynn Atkins, QUERREY & HARROW, LTD., 175 West Jackson Boulevard, Suite 1600, Chicago, Illinois 60604-2827; satkins@querrey.com

Jason C. Callicoat, QUERREY & HARROW, LTD., 175 West Jackson Boulevard, Suite 1600, Chicago, Illinois 60604-2827; jcallicoat@querrey.com

                                              ___s/   Angelo Del Marto_____
                                                   Angelo Del Marto

Richard J. Ramello (Attorney No. 3124818)
Michael K. Durkin (Attorney No. 3121686)
Angelo Del Marto (Attorney No. 6191333)
Storino, Ramello & Durkin
Attorneys for Defendant Indian Head Park
9501 W. Devon Avenue
Suite 800
Rosemont, Illinois  60018
Telephone:  847-318-9500
Fax:  847-318-9509

129578-1