50786-RET

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL PALL, MARY PALL and EMILY PALL, a minor, by her parents and Next friends, Michael Pall and Mary Pall, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.  08 CV 3778 |
| vs. | ) ) | JUDGE DAVID H. COAR |
| THE VILLAGE OF INDIAN HEAD PARK an Illinois Municipal Corporation, | ) ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. | ) | |

**MOTION FOR REFERRAL TO MAGISTRATE JUDGE ASHMAN**
**FOR PURPOSES OF SETTLEMENT CONFERENCE**

Now comes the Defendant, Village of Indian Head Park, and hereby moves the Court to refer this matter to Magistrate Judge Ashman for settlement conference with all the parties.  In support thereof, the Defendant states as follows:

1. On August 18, 2008 the parties conferenced, via telephone. At that time, all parties in this case agreed that a settlement conference before Judge Ashman would be beneficial.

2. The parties have engaged in preliminary settlement discussions and believe that it would be most beneficial to conduct this settlement conference before undertaking further discovery in this matter.

3. Numerous depositions have been scheduled in this matter and a hearing date on Plaintiff's injunctive relief has been set for September 22, 2008.

4. All parties are available to attend a settlement conference on August 26, 2008.

5.      Accordingly, the Defendants respectfully request that this Court enter an order setting a settlement conference before Magistrate Judge Ashman for August 26, 2008.

                          Respectfully Submitted,

                          /s/ Stacey McGlynn Atkins
                          **One of the Attorneys for Defendant,**
                          **Village of Indian Head Park**

Paul Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 18, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

| | |
|---|---|
| James C. Whiteside | Richard J. Ramello, Esq. |
| Senior Law Students | Ramello, Storino & Durkin |
| The John Marshall Law School | 9501 West Devon Avenue |
| Fair Housing Legal Clinic | Rosemont, Illinois 60018 |
| 28 East Jackson Blvd. | Tel: (847) 318-9500 |
| Suite 500 | Fax: (847) 318-9509 |
| Chicago, Illinois 60604 | rramello@srd-law.com |

                          By:  /s/ Stacey McGlynn Atkins

Document #: 1351721