50786-RET

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL PALL, MARY PALL and ) | | |
| EMILY PALL, a minor, by her parents and ) | | |
| Next friends, Michael Pall and Mary Pall, ) | | |
| ) | | |
| Plaintiffs, ) | Case No.  08 CV 3778 | |
| ) | | |
| vs. ) | JUDGE DAVID H. COAR | |
| ) | | |
| THE VILLAGE OF INDIAN HEAD PARK ) | MAGISTRATE JUDGE ASHMAN | |
| an Illinois Municipal Corporation, ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF MOTION**

On **Thursday, August 21, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable   Judge David H. Coar, Room 1419,** or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"DEFENDANT'S MOTION FOR REFERRAL TO MAGISTRATE JUDGE ASHAM FOR PURPOSES OF SETTLMENT CONFERENCE"**

 **Respectfully Submitted**

 BY: /s/ Stacey McGlynn Atkins
  Stacey McGlynn Atkins

Paul A. Rettberg, Esq.
Stacey McGlynn Atkins, Esq.
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on August 18, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

| | |
|---|---|
| James C. Whiteside | Richard J. Ramello, Esq. |
| Senior Law Students | Ramello, Storino & Durkin |
| The John Marshall Law School | 9501 West Devon Avenue |
| Fair Housing Legal Clinic | Rosemont, Illinois 60018 |
| 28 East Jackson Blvd. | Tel: (847) 318-9500 |
| Suite 500 | Fax: (847) 318-9509 |
| Chicago, Illinois 60604 | rramello@srd-law.com |

                                        By: /s/ Stacey McGlynn Atkins

Document #: 1351724