## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL PALL, MARY PALL, and ) | |
| EMILY PALL, a minor, by her parents ) | |
| and next friends Michael Pall and Mary Pall,) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Case No. 08 CV 3778 |
|     vs. ) | |
| ) | Judge David H. Coar |
| THE VILLAGE OF INDIAN HEAD PARK,) | |
| an Illinois Municipal Corporation, ) | Jury Trial Demanded |
| ) | |
|     Defendant. ) | |

### NOTICE OF FILING

| | |
|---|---|
| Angelo Del Marto | Stacy McGlynn Atkins |
| Richard J. Ramello | Paul A. Rettberg |
| Michael K. Durkin | Jason S. Callicoat |
| RAMELLO, STORINO & DURKIN | Querrey & Harrow, Ltd. |
| 9501 W. Devon Avenue | 175 W. Jackson Blvd., Suite 60604 |
| Rosemont, Illinois 60018 | Chicago, Illinois 60604 |
| Via CM/ECF | Via CM/ECF |

YOU ARE HEREBY NOTIFIED that on Wednesday August 20, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois a MEMORADNUM IN SUPPORT OF INJUNCTIVE RELIEF in the above-captioned matter, a copy of which is attached hereto.

                                                          Respectfully Submitted,
                                                          Michael Pall, Mary Pall, and Emily Pall,

                                                          By:/s/ James C. Whiteside_____
                                                              One of their Attorneys

### CERTIFICATE OF SERVICE

I, James C. Whiteside, an attorney of record in this case, hereby certify that I caused a copy of this NOTICE and a MEMORADNUM IN SUPPORT OF INJUNCTIVE RELIEF in this matter, to be served upon the above-named persons at the above-listed addresses in the manner described above on August 20, 2008.

                                                               /s/   James C. Whiteside

James C. Whiteside (6292079)
Senior Law Students
The John Marshall Law School
Fair Housing Legal Clinic
28 E. Jackson Blvd. Suite 500
Chicago, Illinois 60604
(312) 786-2267